UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY DANIELS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOFSTRA UNIVERSITY, HERMAN BERLINER, BENJAMIN RIFKIN, and JOHN and JANE DOES 1 – 5<br><br>　　　　Defendants. | **DEFENDANT HOFSTRA UNIVERSITY'S RULE 7.1 DISCLOSURE**<br><br>Case No.: 2:21-cv-02920 |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Hofstra University, by and through its undersigned counsel of record, certifies that it has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: August 10, 2021
New York, New York

　　　　　　　　　　　　　　　　　　ORRICK, HERRINGTON & SUTCLIFFE LLP


　　　　　　　　　　　　By:　　/s/ *Jill L. Rosenberg*
　　　　　　　　　　　　　　　　Jill L. Rosenberg
　　　　　　　　　　　　　　　　51 West 52nd Street
　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　jrosenberg@orrick.com
　　　　　　　　　　　　　　　　212-506-5000

　　　　　　　　　　　　Attorneys for Defendant Hofstra University

4146-5642-6288.1