

February 6, 2026

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

<u>*Via ECF*</u>

**Jill L. Rosenberg**

Hon. Lee G. Dunst
U.S. Magistrate Judge
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**E** jrosenberg@orrick.com
**D** +1 212 506 5215
**F** +1 212 506 5151

Re:   *Timothy Daniels v. Hofstra University, et al.*, Case 2:21-cv-02920 (JMA)(LGD)

Dear Judge Dunst:

We represent Defendants in the above-captioned action brought by Plaintiff Timothy Daniels. We write to submit a joint status report pursuant to Your Honor's January 20, 2026 order (ECF 111).

The parties do not consent to trial by magistrate judge. As to scheduling, the parties propose submitting the Joint Pretrial Order required under Judge Azrack's rules on Monday, March 30, 2026.

We thank the Court for its time and attention to this matter.

Respectfully,

<u>*/s/ Jill L. Rosenberg*</u>

Jill L. Rosenberg